# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 2, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Oct 02, 2023
DEBORAH S. HUNT, Clerk

Re:  Dustin Jolly
v. United States
No. 23-5099
(Your No. 22-5463)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk